No. 76–907. COMPANIA MARITIMA SAN BASILIO, S. A., ET AL. *v.* ANTYPAS. C. A. 2d Cir. Certiorari denied.

No. 76–916. SCHWARTZ *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 76–920. ANUSZEWSKI ET AL. *v.* DYNAMIC MARINERS CORP., PANAMA. C. A. 4th Cir. Certiorari denied.

No. 76–925. FERREN *v.* FERREN. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 76–927. RIFKIN *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 76–940. ZEMPRELLI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–942. ANTHONY *v.* ANTHONY. Sup. Ct. Ga. Certiorari denied.

No. 76–963. LARGENT ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–1000. FIFE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–1007. SELIGMAN DEVELOPMENT, INC., ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–1009. ZEMPRELLI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–1019. AFFLERBACH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 76–1032. WOOD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.